THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES CUNNINGHAM, Defendant-Appellant.

(Nos. 53968, 54427, cons.;

First District—March 1, 1971.

Opinion by Mr. JUSTICE LYONS.

Gerald W. Getty, Public Defender, of Chicago, (Harold A. Cowen, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Paul P. Biebel, Jr., Assistant State's Attorneys, of counsel,) for the People.

RICHARD RIOS, Plaintiff, *v.* LAURA WILLOUGHBY FIELD *et al.*, Defendants— (FRANCES WILLOUGHBY, Third-Party Plaintiff-Appellant, *v.* HELEN DEL RIO *et al.*, Third-Party Defendants-Appellees.)

(No. 53972;

First District—March 8, 1971.